ies of the brief must be served and an original and nine copies filed within seven days.

TRATHONY GRIFFIN et al., Appellants, v SIRVA, INC., et al., Respondents.

Submitted February 14, 2017; decided February 16, 2017

*See* 835 F3d 283.

Motion by Consumer Data Industry Association for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

TRATHONY GRIFFIN et al., Appellants, v SIRVA, INC., et al., Respondents.

Submitted February 14, 2017; decided February 16, 2017

*See* 835 F3d 283.

Motion by American Moving & Storage Association, Inc. for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

TRATHONY GRIFFIN et al., Appellants, v SIRVA, INC., et al., Respondents.

Submitted February 14, 2017; decided February 16, 2017

*See* 835 F3d 283.

Motion by Eric M. Fink et al. for leave to appear amici curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

RUDOLF KATS, Doing Business as COLUMBIA CAPITAL Co., Respondent, v THROOP AND GATES, INC., Appellant, and CAPITAL L. HOLDINGS, LLC, Intervenor-Respondent, et al., Defendants.

Submitted December 19, 2016; decided February 16, 2017